UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ-LEYTON, ) | Civil No. 08cv927-L(CAB) |
| Petitioner, ) | **ORDER SETTING BRIEFING SCHEDULE** |
| v. ) | |
| MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al*., ) | |
| Respondents. ) | |

On May 23, 2008 Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Having reviewed the Petition and finding that the matter is not appropriate for summary disposition, **IT IS HEREBY ORDERED** Respondents shall show cause why the Petition should not be granted by filing and serving a responsive memorandum not later than **June 27, 2008**. The response shall include any and all documents relevant to the determination of the issues raised by the Petition.

**IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondents' responsive memorandum, he shall file a traverse not later than **July 18, 2008**.

/ / / / /

/ / / / /

08cv927

1  Upon filing the foregoing, the parties shall await further order of this court.

2  **IT IS SO ORDERED.**

4  DATED: May 29, 2008

  *M. James Lorenz*
  M. James Lorenz
  United States District Court Judge

  COPY TO:

  HON. CATHY ANN BENCIVENGO
  UNITED STATES MAGISTRATE JUDGE

  ALL PARTIES/COUNSEL