# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG -4 PM 4: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE Lorenz / ☐ U. S. MAGISTRATE JUDGE
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 7/30/2008
CASE NO.: 08cv0927 L (CAB)    DOCUMENT FILED BY: Petitioner
CASE TITLE: Gonzalez-Leyton v. Chertoff, et al
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited.** |

Date forwarded: 8/1/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

**M. JAMES LORENZ**
CHAMBERS OF: _____

Dated: 8/4/08    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Case #08CV927-L

**REJECTED**

Honorable Judge Lorenz:

I am writing you this letter to ask of you to please reconsider my motion for appointment of Counsel. Your Honor, even though I have a High School diploma & speak fluent English I will not be able to defend myself properly, I have no training in the matters of law, and I can honestly say that I hardly understand what most briefs are saying, I lack in comprehending most case laws Sir, I wouldn't even know how to submit, yet alone, reply to a brief. Yes I have a paid lawyer sir, in which my father is struggling to pay, if I was able to afore Council. Believe me Your Honor I would not even waist your time, but in the fairness of justice I ask that you please reconsider so that I can have a fair shot at some justice for once.

Your Honor, if I was to represent myself I will be left out of justice, the reason being that this facility, even though it has a law library it dose not have the resources I will need to research or respond accurately to any of the case laws or arguments that the government will be arguing, and for me to receive these case laws (by request to ICE) would take a month to recieve, and would be asking your honor for a lot of continuances, this library is not at request it is limited at least 5 hours in a week, that is what we can recieve. I ask your Honor to please reconsider my plea for it is justice and freedom I am seeking. If I knew I didn't have any chances in winning my 9th Circuit Case, I would not have appealed the Judges decision, I have merits in which they are substantial I did not ask to be held in custody, the 9th Circuit seen that I have a valid claim & so they issued a stay of removal, the government apposed it & yet the 9th did not agree with them. for what reason? Your Honor I can only speculate that there reason being is that I do have an abundance of merits in my case that favor me, my country will not issue travel documents knowing that I still have a case pending on appeal, that is why I see no travel documents coming in the foreseeable future. Your Honor I Thank You for your time, and I apologize for being a inconvenience, people make mistakes some younger than others, there is always a possibility to change, and I truly believe that I have.

Sincerely yours,
Manuel. W. Gonzalez Leyton