# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG -8 PM 12: 27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Lorenz
FROM: R. Mullin,  Deputy Clerk        RECEIVED DATE: 8/5/2008
CASE NO.: 08cv0927 L (CAB)   DOCUMENT FILED BY: Petitioner
CASE TITLE: Gonzalez-Leyton v. Chertoff, et al
DOCUMENT ENTITLED: Ex Parte Motion to Correct Docket Entries Nos 8 & 10 to Reflect...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | **7.1 or 47.1** | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ |  | OTHER: Documents are file stamped with the received date of 6/11/08, docket entry text has been corrected. |

Date forwarded: 8/5/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: M. JAMES LORENZ

Dated: 8/8/08
By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

1  MANUEL GONZALEZ-LEYTON[1]
   A73-809-412
2  San Diego Detention Center (CCA)
   P.O. Box 439049
3  San Ysidro, CA 92143-9049

**REJECTED**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| MANUEL GONZALEZ-LEYTON, | Civil Action No.08cv927-L (CAB) |
| Petitioner, | |
| v. | *EX PARTE* MOTION TO CORRECT DOCKET ENTRIES NOS. 8 & 10 TO REFLECT CORRECT DATE OF RECEIPT |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

Petitioner, Manuel Gonzalez-Leyton, hereby asks the Court to enter an order granting the motion listed below.

**MOTION**

The Petitioner, Manuel Gonzalez-Leyton, pursuant to any and all applicable statutes, case law and local rules, and this Court's order of July 15, 2008, hereby requests that the docket in the above-captioned case be corrected to reflect the *nunc pro tunc* filing of Petitioner's Renewed Motion for Appointment of Counsel (Docket No. 8) and Memorandum of Points and Authorities in Support (Docket No. 10) on June

---

[1] The petitioner is filing the instant request with the assistance of Federal Defenders of San Diego, Inc.