UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GONZALEZ-LEYTON,<br><br>　　　　　Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Respondents. | Civil No. 08cv927-L(CAB)<br><br>**ORDER GRANTING RESPONDENTS' EX PARTE MOTION TO HOLD PROCEEDINGS IN ABEYANCE PENDING EXTRAJUDICIAL RESOLUTION EFFORTS** |

　　　　On August 8, 2008, Respondent in this habeas corpus proceeding pursuant to 28 U.S.C. § 2241 filed an Ex Parte Motion to Hold Proceedings in Abeyance Pending Extrajudicial Resolution Efforts ("Application"). Petitioner has not filed an opposition.

　　　　Respondent requests to hold these proceedings in abeyance until September 8, 2008 in order to comply with *Prieto-Romero v. Mukasey*, __ F.3d __, 2008 WL 2853396 (9th Cir. Jul. 25, 2008), and *Casas-Castrillon v. DHS*, __ F.3d __, 2008 WL 2902026 (9th Cir. Jul. 25, 2008), which strongly suggest that Petitioner should receive a bond hearing before an immigration judge. Respondent believes that Petitioner's claims may be resolved before September 8, 2008 without court intervention.

　　　　For good cause having been shown, Respondent's Application is **GRANTED**. The instant proceeding shall be held in abeyance until **September 8, 2008**. **IT IS FURTHER**

**ORDERED** that no later than **September 2, 2008**, the parties shall jointly file a status report to inform the court of the progress of their extrajudicial efforts.

    **IT IS SO ORDERED.**

DATED: August 14, 2008

                                    M. James Lorenz
                                    United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

Manuel Gonzalez-Leyton
A73-809-412
San Diego Detention Center (CCA)
P.O. Box 439049
San Ysidro, CA 92143-9049